### Commonwealth *v.* Van Divner, Appellant.

Submitted November 13, 1972. *Albert C. Gaudio,* Assistant Public Defender, and *Dante G. Bertani,* Public Defender, for appellant; *Rabe F. Marsh, III,* Assistant District Attorney, and *John N. Scales,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Walters, Appellant.

Argued December 8, 1972. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Philip J. O'Malley,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.